IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JESSICA HESS**                                                                                                                 **PLAINTIFF**

**v.**                                              **CASE NO. 3:21-CV-00242-BSM**

**DELTA MEDICAL CANNABIS**                                                                        **DEFENDANT**
**COMPANY, LLC**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE